UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISION

| | |
|---|---|
| JESUS CUELLAR-AGUILAR, ) | |
| ANDRES ANDRADE-QUIJANO, ) | |
| FRANCISCO BERNARDO-GONZALEZ, ) | |
| JOSE DANIEL CUELLAR-AGUILAR, ) | |
| FREDERIK HERNANDEZ-LUCIANO, ) | |
| NARCISO HERNANDEZ-ZAVALETA, ) | |
| PORFIRIO HERNANDEZ-ZAVALETA, ) | |
| NATANAEL HERRERA-BARREDA, ) | |
| JAVIER LOPEZ-CELIS, ) | |
| ANGEL MARTINEZ-DAMASO, ) | |
| ESAU MORALES-TOLEDANO, ) | |
| CRISANTO ORTIZ-ORTIZ, ) | |
| SHANNA POWELL, ) | |
| SHENENE SWANEPOEL, ) | |
| JOHN SWART and ) | |
| ENRIQUE VASQUEZ-ALEJO, ) | |
| individually and on behalf of ) | |
| all other persons similarly situated, ) | |
| ) | |
| **Plaintiffs**, ) | |
| ) | |
| v. ) | Case No. 4:14-cv-114-JM |
| ) | |
| DEGGELLER ATTRACTIONS, INC., ) | **CLASS ACTION** |
| ) | |
| **Defendant**. ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned has been retained as counsel of record and will appear on behalf of the Plaintiffs in the above styled cause. Please direct a copy of all pleadings, papers and/or inquiries to the undersigned.

*s/ Robert K. Dwyer*  
Robert K. Dwyer, Esq.  
FBN: 894257  
Florida Legal Services  
14260 W. Newberry Rd. Ste. 14260  
Newberry, FL 32669  
(352) 375-2494 extension 1002  
Email: Robert@floridalegal.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve this document via transmission of Notices of Electronic Filing generated by CM/ECF on the following:

John D. Coulter  
James, Carter & Coulter, PLC  
500 Broadway  
Little Rock Arkansas   72203  
jcoulter@jamescarterlaw.com

Juan C. Martinez  
Gray Robinson, P.A.  
1221 Brickell Avenue, Suite 1600  
Miami, Florida   33131  
juan.martinez@gray-robinson.com

Terrance W. Anderson, Jr.  
Gray Robinson, P.A.  
1221 Brickell Avenue, Suite 1600  
Miami, Florida   33131  
terrance.anderson@gray-robinson.com

*s/ Robert K. Dwyer*  
Robert K. Dwyer, Esq.